**1823.**

DANIEL S. GRISWOLD v. WILLIAM INMAN.

The filing of a replication, after notice given of motion to dismiss bill for want thereof, is good cause against the motion ; but it will only be allowed on payment of costs.

**1823.**
**Nov. 15.**

*Practice.*

MR. PALMER moved to dismiss the bill, for want of a replication to the answer, which had been filed more than three weeks.

MR. WARNER showed for cause, that a replication was now filed, since notice of this motion.

After some inquiry at the bar, and hearing a decision of the late chancellor KENT,

THE COURT said, that the filing of the replication was good cause against the motion; the costs of which, however, must be paid by the complainant.